UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUAN LEON FIGUEROA, et al.,<br><br>Petitioners,<br><br>v.<br><br>LAURA HERMOSILLO, et al.,<br><br>Respondents. | Case No. 2:25-cv-02228-TMC<br><br>SUPPLEMENTAL ORDER REGARDING PETITIONER BALTAZAR LOPEZ MENDEZ'S PETITION FOR WRIT OF HABEAS CORPUS |

### I. ORDER

The Court has received notice from Petitioners that the Tacoma Immigration Court held a bond hearing for Petitioner Baltazar Lopez Mendez. Dkt. 22. The Immigration Judge concluded that Lopez Mendez was subject to mandatory detention under 8 U.S.C. § 1225(b)(2) but set bond in the alternative in the amount of $9,000 and any conditions set by the Department of Homeland Security/Immigration and Customs Enforcement. Dkt. 22-1 at 2.

For the reasons explained in its order granting Lopez Mendez's petition for a writ of habeas corpus (Dkt. 23), the Court ORDERS that within ONE day of this order, Respondents must either release Petitioner Baltazar Lopez Mendez or allow his release upon payment of the alternative bond amount of $9,000 and any conditions set by Immigration and Customs Enforcement/the Department of Homeland Security.

SUPPLEMENTAL ORDER REGARDING PETITIONER BALTAZAR LOPEZ MENDEZ'S PETITION FOR WRIT OF HABEAS CORPUS - 1

1  Dated this 20th day of November, 2025.

Tiffany M. Cartwright
United States District Judge

SUPPLEMENTAL ORDER REGARDING PETITIONER BALTAZAR LOPEZ MENDEZ'S PETITION FOR WRIT OF HABEAS CORPUS - 2